

**For the best experience, open this PDF portfolio in Acrobat X or Adobe Reader X, or later.**

**Get Adobe Reader Now!**